## Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | PO Box 1072, Prospect, KY 40059 502–744–6484 mwheatleytr@gmail.com |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252–1377; 502–587–8787; rkeats@bellsouth.net |
| William W. Lawrence | Electronic documents via email only | wlch7ecf@gmail.com |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via DocLink<br>Via email, by Adobe Acrobat & Bookmarked | www.doclink.bms7.com<br>burnstrustee@bellsouth.net |
| Mark H. Flener | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>mflener@bellsouth.net<br>deannalancaster@bellsouth.net |
| Alicia C. Johnson | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>bkalicia@hotmail.com<br>bk_bruce@hotmail.com<br>KY52@ecfcbis.com |
| **Owensboro** | | |
| Harry L. Mathison | Prefer emailed documents | hmathison@kdblaw.com |
| Bradley Salyer | Electronic format via email | salyertrustee@gmail.com |

United States Bankruptcy Court
Western District of Kentucky

In re:  
Gene K Edgar  
        Debtor

Case No. 19-11261-jal  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0644-1       User: vschiller       Page 1 of 1       Date Rcvd: Dec 09, 2019  
                           Form ID: 254       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.  
db        +Gene K Edgar,   3900 Banyan CT., #D,   Bowling Green, KY 42104-5320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:  
          Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov  
          Harlan E. Judd, III    on behalf of Debtor Gene K Edgar Harlanjuddlaw@gmail.com, juddlawsecretary@gmail.com  
          Jerry   Burns    burnstrustee@bellsouth.net, KY35@ecfcbis.com  
                                                                                                                                                       TOTAL: 3