Certificate Number: 15111-KYW-DE-033939674

Bankruptcy Case Number: 19-11261



15111-KYW-DE-033939674

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 11, 2020</u>, at <u>6:36</u> o'clock <u>PM EST</u>, <u>Gene K Edgar</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Kentucky</u>.

Date:  <u>January 12, 2020</u>               By:    <u>/s/Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>